Sam H. BAILEY v. UNITED STATES of America.

No. 759.

Circuit Court of Appeals, Tenth Circuit.

Oct. 20, 1932.

Walter Q. Phelan, of Cheyenne, Wyo., for appellant.

Albert D. Walton, U. S. Atty., of Cheyenne, Wyo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

Irving BEITLER, Appellant, v. UNITED STATES of America, Appellee.

No. 175.

Circuit Court of Appeals, Second Circuit

Jan. 9, 1933.

Edward E. Mitchell, of Washington, D. C., and B. A. Judd, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., Herbert H. Kellogg and Albert D. Smith, Asst. U. S. Attys., all of Brooklyn, N. Y., Joseph H. San, of New York City, and Davis G. Arnold and Wilbur C. Pickett, both of Washington, D. C.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

David C. BENNETT, as Trustee in Bankruptcy of Froh Homes, Inc., Plaintiff-Appellee, v. LOUIS BOSSERT & SONS, Inc., Defendant-Appellant.

David C. BENNETT, as Trustee in Bankruptcy of Froh Homes, Inc., Plaintiff-Appellee, v. RODMAN & ENGLISH, Inc., Defendant-Appellant.

Nos. 118, 119.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

Maurice B. Rich, of New York City, for appellants.

David Haar, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment (2 F. Supp. 355) affirmed.

BLACK EAGLE FUEL OIL CORPORATION, Libelant-Appellant, v. Steamer PEQUONNOCK, Her Engines, etc., New England Steamship Company, Claimant-Appellee.

NEW ENGLAND STEAMSHIP COMPANY, Cross-Libelant-Appellee, v. Motor Vessel CAPTAIN MATT, Her Engines, etc., Black Eagle Fuel Oil Corporation, Cross-Claimant-Appellant.

No. 115.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

William F. Purdy, of New York City (William F. Purdy and John E. Purdy, both of New York City, of counsel), for libelant and cross-claimant-appellant.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.